UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.

NAM NGUYEN,

    Defendant.
_____/

CASE NO. 1:18-CV-305

HON. ROBERT J. JONKER

## ORDER

Defendant Nguyen has submitted letters that the Clerk of Court docketed as an answer (ECF Nos. 15) and amended answer (ECF No. 16) to plaintiff's complaint. Individual defendants may file responsive pleadings to a complaint without the benefit of counsel, but they must follow the rules of the Court or be subject to the risk of entry of default. The letters Defendant Nguyen submitted do not comply with the Court Rules for a proper Answer.

**ACCORDINGLY**, **IT IS ORDERED** that within thirty (30) days of the date of this order, Defendant shall show cause in writing as to why the "answers" should not be stricken from the record, and why default should not be entered for failure to plead as required.

Date:   August 7, 2018          /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE