UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NAM NGUYEN<br><br>    Defendant. | Case No. 18-cv-00305-RJJ-PJG |

### ORDER ON STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant Nam Nguyen's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this <u>2nd</u> day of <u>  October  </u>, 2018.

By:   <u>/s/ Robert J. Jonker</u>
       **UNITED STATES DISTRICT JUDGE**